IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TAGGART BOYD, UNIT ADMINISTRATOR, Name unknown as of this time; CM MESSNER, and CM DELGADO,<br><br>　　　　　　　Defendants. | 8:24CV189<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Motion to Proceed in Forma Pauperis. Filing 2. Plaintiff's motion does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). Additionally, Plaintiff paid the $405.00 filing and administrative fees in full on June 10, 2024. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion to Proceed in Forma Pauperis, Filing 2, is denied as moot.

2. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915A. The Court will conduct this initial review in its normal course of business.

Dated this 13th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge